UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 26-cr-10119-JEK |
| v. | ) | |
| PATRICK VAN COTT, | ) | |
| Defendant | ) | |

**DECLARATION OF KELLY T. GONZALEZ**

I, Kelly T. Gonzalez, state the following pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted and in good standing as a member of the Bar of the Commonwealth of Massachusetts. I have personal knowledge of the matters below.

2. I am the owner of KTG Law Group LLC in Hingham, Massachusetts.

3. I represent the Plymouth Public Schools and have served as legal counsel in connection with this criminal matter since April 2026.

4. I provide this declaration in support of the Government's request for restitution to the Plymouth Public Schools.

5. The Plymouth Public Schools asked me to accompany Assistant Superintendent, Adam Blaisdell to the October 7, 2026 sentencing hearing in this matter, during which Dr. Blaisdell presented the schools' victim impact statement. KTG Law Group LLC has not yet issued invoices for the month of October. I have, however, generated a draft invoice, reflecting what will be billed to the Plymouth Public Schools for my time accompanying Dr. Blaisdell to the October 7, 2026 sentencing hearing in this matter. A copy of that draft invoice is attached hereto as Exhibit A.

6. The KTG Law Group LLC invoices for legal services rendered to the Plymouth Public Schools in connection with this criminal case, prior to October 1, 2026, are attached as Exhibit B. KTG Law Group LLC has made every effort to redact and adjust the invoices to ensure that they accurately reflect only the firm's services in connection with this criminal matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 21, 2026

Kelly T. Gonzalez