IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 26-CR-10119-JEK |
| | ) | |
| PATRICK VAN COTT, | ) | |
| | ) | **Filed Under Seal** |
| Defendant | ) | |

**GOVERNMENT'S MOTION TO SEAL**

The United States of America respectfully moves this Court to direct that the attached documents, Exhibits A and B to the Declaration of Kelly T. Gonzalez submitted in support of the Government's Memorandum Regarding Restitution as to Patrick Van Cott, be sealed. In support of this motion, the government states that the Exhibits contain sensitive information regarding legal services provided to the Plymouth Public Schools.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Kristina Barclay*
KRISTINA BARCLAY
Assistant U.S. Attorney

Date: 10/21/2026